457 A.2d 130

Folcarelli v. Transportation Services, et al.

Appeal of Carolyn L. Folcàrelli.

Reargument Denied March 11, 1983.

Petition for Allowance of Appeal Denied June 22, 1983.

Submitted December 15, 1981. Jerome Nulty, for appellant; Gilbert P. High, Jr., for appellees.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of the learned Montgomery County Common Pleas Court Judge Vincent A. Cirillo is affirmed.